FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2013 APR -1 PM 5:

CLERK L. Moore
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

CHRISTOPHER ANDREW LYNCH,

    Plaintiff,

v.

EUGENE SAPP; DARRIEL ROYAL;
and Warden RALPH KEMP,

    Defendants.

CIVIL ACTION NO.: CV613-006

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Plaintiff's claims against Defendants in their official capacities are **DISMISSED**.

**SO ORDERED**, this 1st day of April, 2013.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA